## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| | |
| | |
| | |

| Unscheduled Property | Amount Realized |
|---|---|
| | |
| | |
| | |

TOTAL RECEIPTS $ 105,781.87

TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED $ 0.00

TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY $ 330,050.00

**EXHIBIT B**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 04-38950 ABG
**Case Name:** FREED, GERALD

**Period Ending:** 03/10/07

**Trustee:** (520171) JOHN E. GIERUM
**Filed (f) or Converted (c):** 10/20/04 (f)
**§341(a) Meeting Date:** 12/30/04
**Claims Bar Date:** 08/22/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate (s) | 650,000.00 | 367,500.00 | | 100,000.00 | FA |
| 2 | Cash (s) | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | Security deposit (s) | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods (s) | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books & pictures (s) | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel (s) | 350.00 | 0.00 | DA | 0.00 | FA |
| 7 | Watch & rings (s) | 1,300.00 | 1,050.00 | DA | 0.00 | FA |
| 8 | Antique Gun (s) | 30.00 | 30.00 | DA | 0.00 | FA |
| 9 | Life insurance (s) | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Pension plan | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | IRA | 100.00 | 0.00 | DA | 0.00 | FA |
| 12 | Corp stock (s) | Unknown | 0.00 | DA | 0.00 | FA |
| 13 | Leased vehicle (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Motorcycle (u) (u) | 0.00 | 2,261.18 | | 4,000.00 | FA |
| 15 | Pinball Machine (u) (u) | 0.00 | 150.00 | | 150.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1,631.87 | Unknown |
| 16 | Assets Totals (Excluding unknown values) | $973,630.00 | $370,991.18 | | $105,781.87 | $0.00 |

Printed: 03/10/2007 05:27 PM   V.9.02

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Page: 2

**Case Number:** 04-38950 ABG
**Case Name:** FREED, GERALD
**Period Ending:** 03/10/07

**Trustee:** (520171) JOHN E. GIERUM
**Filed (f) or Converted (c):** 10/20/04 (f)
**§341(a) Meeting Date:** 12/30/04
**Claims Bar Date:** 08/22/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

all assets liquidated, claims reviewed and working on tax info.

**Initial Projected Date Of Final Report (TFR):** December 31, 2007

**Current Projected Date Of Final Report (TFR):** December 31, 2007

Printed: 03/10/2007 05:27 PM    V.9.02