**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| FREED, GERALD | ) | |
| | ) | CASE NO. 04-38950 ABG |
| | ) | |
| | ) | JUDGE A. Benjamin Goldgar |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS**
**FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

        At:     U.S. BANKRUPTCY COURT
                Dirksen Federal Courthouse
                219 S. Dearborn Street, Courtroom 613
                Chicago, IL 60604

        on:     May 9, 2007
        at:     10:00 a.m.

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

        a. Receipts                                          $            105,781.87

        b. Disbursements                                     $              1,911.99

        c. Net Cash Available for Distribution               $            103,869.88

4.      Applications for administration fees and expenses have been filed as follows:

| Applicant | | Compensation Previously Paid | | Fees Now Requested | | Expenses Now Requested |
|---|---|---|---|---|---|---|
| John E. Gierum,Trustee | $ | 0.00 | $ | 8539.09 | $ | |
| John E. Gierum, Trustee Expenses | $ | 173.17 | $ | | $ | 173.17 |
| Popowcer Katten, Ltd.Trustee's Accountant | $ | 0.00 | $ | 1060.00 | $ | |

5.      In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | None | | |

6.      Claims of general unsecured creditors totaling $90,000.00, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be $100%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 5 | Dexter McClure | 81,250 | 83,926.89 |
| 9 | Shari Weinberg f/k/a Shari Freed | 8,750 | 9,038.28 |
| 10 | North Shore Sanitary District | 1263.98 | 1305.62 |

7.      Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.      Debtor has not been discharged.

10.     The Trustee proposed to abandon the following property at the hearing: Pocket Cash, security deposit, household goods, books, wearing apparel, jewelry, gun, life insurance, IRA, corporate stock and leased car.

Dated:    April 9, 2007                      For the Court,


By:   KENNETH S GARDNER

        Kenneth S Gardner
        Clerk of the United States Bankruptcy Court
        219 S. Dearborn Street, 7th Floor
        Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1        User: amcc7            Page 1 of 1              Date Rcvd: Apr 09, 2007
Case: 04-38950             Form ID: pdf002        Total Served: 12


The following entities were served by first class mail on Apr 11, 2007.
db          +Gerald Freed,   678 Lotus Place,   Highland Park, IL 60035-1227
aty         +Cohen & Krol,   105 W. Madison Street,   Suite 1100,   Chicago, IL 60602-4600
aty         +Ira N Helfgot,   Ira N Helfgot,   Three First National Plaza,   Suite 3700,
              Chicago, IL 60602-5010
aty         +Richard L Hirsh,   Richard L Hirsh & Associates PC,   1500 Eisenhower Lane,   Suite 800,
              Lisle, IL 60532-2135
tr          +John E Gierum,   Gierum & Mantas,   1030 W Higgins Rd, Ste 220,   Park Ridge, IL 60068-5761
cr          +Dexter McClure,   6808 Wainwright,   Wooodridge, IL 60517-1408
9420815     +Dexter McClure,   c/o Richard L. Hirsh & Associates PC,   1500 Eisenhower Lane,   Suite 800,
              Lisle, IL 60532-2135
9420821      M.T. LEASING INC,   c/o Richard L. Hirsh,   1500 Eisenhower Lane,   SUITE 800,
              Lisle, IL 60532-2135
8601940     +MT Leasing,   c/o Ira Helgot,   3 First National Plaza,   Chicago, IL 60602-5010
9747105     +North Shore Sanitary District,   PO Box 750,   WM Koepsel Drive,   Gurnee, IL 60031-0750
8868329     +Shari Weinberg,   1019 Marvel,   Highland Park, IL 60035-3642
9703032     +Shari Weinberg f/k/a Shari Freed,   c/o David Fischer,   Wildman Harrold Allen & Dixon LLP,
              225 West Wacker Drive, Suite 3000,   Chicago, IL 60606-3007

The following entities were served by electronic transmission.
NONE.                                                                        TOTAL: 0


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc          Lois West
acc          Popowcer Katten Ltd
aty*        +John E Gierum,   Gierum & Mantas,   1030 W Higgins Rd, Ste 220,   Park Ridge, IL 60068-5761
                                                                             TOTALS: 2, * 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 11, 2007**          **Signature:** _Joseph Speetjens_